

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-11-00010-CV

_____

IN THE MATTER OF THE MARRIAGE OF
BARBARA (ANN WALDRUP) MORGAN,
AND SHAWN GREGORY MORGAN

On Appeal from the County Court at Law
Hopkins County, Texas
Trial Court No. CV39918

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Shawn Gregory Morgan, appellant, filed his notice of appeal January 18, 2011.

The clerk's record was filed February 10, 2011, and the reporter's record was filed April 19, 2011. Morgan's brief was therefore due May 19, 2011. Morgan has requested five extensions of time to file the brief. This Court granted the last extension to October 6, but warned Morgan that if a brief was not received by that date, "the appeal will be subject to dismissal for want of prosecution." TEX. R. APP. P. 42.3(b).

Counsel called this Court last week and informed us that he was sending yet another request for extension. That extension has not been received. Pursuant to Rule 42.3(b), we dismiss this appeal for want of prosecution. TEX. R. APP. P. 42.3(b).

Bailey C. Moseley
Justice

Date Submitted:     October 27, 2011
Date Decided:       October 28, 2011

2